**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| SERGEI KOVALEV, | : | No. 419 EAL 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| IRINA STEPANSKY, DMD, JOHN DOE I, | : | |
| JOHN AND JANE DOES 1-10, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.